*In re* Medidas Especiales para la Extensión de Términos por Motivo de Luto Nacional.

*Número:* EM-2003-7          *Resuelto:* 22 de octubre de 2003

## RESOLUCIÓN

Debido a la muerte del Hon. Luis A. Ferré, ex Gobernador del Estado Libre Asociado de Puerto Rico —y al igual que lo dispuesto por la Hon. Sila María Calderón, Gobernadora del Estado Libre Asociado de Puerto Rico, quien ha concedido libre el viernes 24 de octubre de 2003 a los empleados de la Rama Ejecutiva, con cargo a licencia de vacaciones— la Rama Judicial también le concede ese día libre a sus empleados, con cargo a licencia de vacaciones, para que puedan unirse al homenaje póstumo de este distinguido puertorriqueño.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los

términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 L.P.R.A. secs. 72 y 73), y se considerará el viernes 24 de octubre de 2003 como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes 27 de octubre, próximo día laborable. Se ordena la inmediata difusión pública de esta Resolución.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*